2003–1311.  **Hunterwood Park, Ltd. v. Fairfield Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–J–2455.

[Cite as *08/15/2003 Case Announcements*, 2003-Ohio-4303.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 15, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1716.  State v. Harwell.**
Lucas App. No. L–00–1356, 2002-Ohio-4349. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the joint motion of appellant and amicus curiae, Ohio Attorney General Jim Petro, to participate in oral argument scheduled for October 21, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellant.

**2002–1993.  State v. Quandt.**
Cuyahoga App. No. 80222, 2002-Ohio-4903. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion to supplement the record,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted, and that the Clerk of the Cuyahoga County Court of Appeals certify and transmit the following document to the Clerk of this court within twenty days of the date of this entry: the transcript of the plea hearing held on March 3, 2000, in Cuyahoga County Common Pleas Court case No. CR383416.

**2002–2130.  State v. McKnight.**
Vinton C.P. No. 01CR7230. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Vinton County. Upon consideration of appellant's motion for stay of execution pending disposition of his appeal by this court,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted.

**2003–0819.  State ex rel. Borden, Inc. v. Wilson.**
Franklin App. No. 02AP–107, 2003-Ohio-1332. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before September 5, 2003.

**2003–1046.  Arnott v. Arnott.**
Summit App. No. 21291, 2003-Ohio-2152. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of the motion of Thomas C. Loepp to withdraw as counsel for appellee,

IT IS ORDERED by the court that the motion to withdraw as counsel be, and hereby is, granted.